# Buchanan Ingersoll & Rooney PC

550 BROAD STREET, SUITE 810
NEWARK, NEW JERSEY 07102-4582
Telephone: 973 273 9800

**Christopher J. Dalton**
973 424 5614

FACSIMILE: 973 273 9430
E-MAIL: christopher.dalton@bipc.com

April 23, 2018

**VIA ECF ONLY**
Hon. Renee M. Bumb, U.S.D.J.
United States District Court for the
 District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    <u>The Cooper Health System v. Maxis Health System</u>
             Case Action No. 1:18-cv-00702
             *Plaintiff's Motion for Leave to Amend (DE 18)*

Dear Judge Bumb:

    This firm represents defendant Maxis Health System and Trinity Health. Currently pending before the Court is Plaintiff's Motion for Leave to File an Amended Complaint, returnable May 7, 2018. Plaintiff's counsel has kindly agreed to a one-cycle adjournment of the return date to May 21, 2018. We ask that the Court please re-calendar the return date.

Respectfully,

Christopher J. Dalton

CJD/dtb

cc:    Hon. Ann Marie Donio, U.S.M.J. (via ECF)
       William M. Tambussi (via ECF)
       Jonathan L. Triantos (via ECF)